# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHEN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **v.**                                    **CRIMINAL ACTION NO. 2:06 CR 31-1**
                                                                         **(Maxwell)**

**BARBARA ANN DECKER,**

    **Defendant.**

## ORDER

On the 28th day of December, 2006, U.S. Magistrate Judge John S. Kaull filed with the Court his Order/Report and Recommendation/Opinion Regarding Defendant's Motion, in which he Ordered the dismissal of Defendant's Motion to Compel Disclosure as moot. Said Order/Report and Recommendation further recommended to the Court that the Defendant's Motion to Suppress Statements of Defendant also be denied as moot in light of the Defendant's entry of a guilty plea. In light of the Defendant's entry of a guilty plea, it is hereby

**ORDERED** that Magistrate Judge Kaull's Report and Recommendation be, and the same hereby is, **ACCEPTED IN WHOLE**. It is further

**ORDERED** that the Defendant's Motion to Suppress Statements of Defendant be, and the same hereby is, **DENIED as MOOT**.

The Clerk of Court is directed to transmit copies of this Order to counsel of record.

**Enter:** February 15th, 2007

                                                                   **/s/ Robert E. Maxwell**
                                                                    United States District Judge